UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD RELOJ, *on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, INC.,<br><br>Defendant. | Case No.: 21cv1751-L (MSB)<br><br>**ORDER:**<br><br>**(1) EXTENDING DEADLINE TO RAISE DISCOVERY DISPUTES; AND**<br><br>**(2) SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On May 19, 2023, the Court issued an Order extending Plaintiff's deadline to raise discovery disputes as to his (1) Requests for Production of Documents to Defendant, Set Two and (2) Requests for Admission to Defendant, Set One until June 5, 2023. (ECF No. 112 at 2.) The Court also ordered that, should Defendant agree to provide supplemental responses to any of the above discovery requests, Plaintiff's deadline to raise discovery disputes will be thirty days after the date of service of the supplemental response or thirty days from the deadline to provide supplemental response. (Id.)

On May 26, 2023, the Court held a telephonic Case Management Conference. (ECF No. 115). Pursuant to conversations with counsel, the Court **EXTENDS** the deadline

for **all parties** to raise discovery disputes concerning the above discovery to **June 19, 2023**.  Additionally, the Court **SETS** a telephonic Case Management Conference on **August 17, 2023**, at **10:30 a.m.**  Plaintiff's counsel is to arrange and initiate the conference call to Judge Berg's chambers.

  **IT IS SO ORDERED.**

Dated:  May 26, 2023

                   _____
                   Honorable Michael S. Berg
                   United States Magistrate Judge