UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD RELOJ, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE CO, INC.,<br><br>Defendant. | Case No.: 21cv1751-L (MSB)<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO EXTEND PRE-TRIAL DATES [ECF NO. 120]; AND**<br><br>**(2) ISSUING FIFTH AMENDED SCHEDULING ORDER** |

Pending before the Court is the parties' Joint Motion to Extend Pre-Trial Dates ("Joint Motion"). (ECF No. 120.) The parties request that the expert disclosure deadline be continued by approximately forty-five days and the expert discovery, class certification, and pretrial motions deadlines be continued by approximately thirty days. (Id. at 3.) In support, they explain that Plaintiff's lead attorney, David Leimbach, unexpectedly went on an early paternity leave due to complications in his wife's pregnancy. (Id. at 3–4.) Plaintiff submits that Mr. Leimbach's active participation is critical "at the expert and class certification phases," as he has been the lead attorney since the inception of this case and his participation will ensure the most "effective and

efficient" litigation. (Id. at 4–5.) Defendant's counsel is agreeable to amending the Scheduling Order under the circumstances. (Id. at 5.)

The parties have diligently litigated the case to this point. (See generally Docket.) On March 31, 2023, the Court granted Plaintiff's Motion for Conditional Collective Action Certification. (See ECF Nos. 50, 101.) Since then, Plaintiff has filed approximately 190 opt-in forms. (See ECF No. 120 at 3.) Defendant filed its Motion for Summary Judgment on September 23, 2022, and the motion is fully briefed. (See ECF Nos. 72, 77, 85.) The parties have conducted substantial discovery and continue to engage in extensive meet and confer efforts. (See ECF No. 120 at 3.) Additionally, on April 19, 2023, the parties conducted a global mediation session with plaintiffs in two overlapping cases. (Id. at 4.) Though the parties were unable to reach a settlement, they are in the process of scheduling a further global mediation session. (Id.)

Based on the status of the case and good cause appearing, the Court **GRANTS** the Joint Motion and **ISSUES** the following Fifth Amended Scheduling Order:

1. The deadline for the Parties to serve expert reports in compliance with the disclosure provisions of Rule 26(a)(2)(A) and (B) is continued from July 10, 2023, to **August 22, 2023**.

2. The deadline to complete expert discovery is continued from August 22, 2023, to **September 29, 2023**.

3. The deadline for Plaintiff to file his motion for class certification is continued from August 22, 2023, to **September 29, 2023**.

4. The Deadline to file all pretrial motions is continued from September 20, 2023, to **October 20, 2023**.

///
///
///
///
///

All other dates and deadlines remain unchanged. (<u>See</u> ECF No. 98.)

**IT IS SO ORDERED.**

Dated: June 8, 2023

Honorable Michael S. Berg
United States Magistrate Judge