SCHNEIDER WALLACE
COTTRELL KONECKY LLP
Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Esther Bylsma (SBN 264208)
Danielle Fuschetti (SBN 294064)
Robert E. Morelli, III*
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
ebylsma@schneiderwallace.com
rmorelli@schneiderwallace.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff, the Collective, the Putative Class, Aggrieved Employees and the State of California*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONRAD RELOJ, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY INC. d/b/a GEICO,<br><br>Defendant. | Case No. 3:21-cv-01751-L-MSB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE, AND PAGA ACTION SETTLEMENT**<br><br>Honorable M. James Lorenz<br>Honorable Magistrate Michael S. Berg<br><br>Action filed: October 8, 2021<br>Trial date: None set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in the United States District Court for the Southern District of California, Plaintiff Conrad Reloj ("Plaintiff") hereby moves for preliminary approval of the Class, Collective and Private Attorneys General Act of 2004 Settlement Agreement and Release. Plaintiff submits the parties' fully-executed and enforceable Memorandum of Understanding ("MOU"), executed on February 3, 2025 and the draft long-form Settlement.[1] A true and correct copy of the MOU is attached as **Exhibit 2** to the Cottrell Declaration, and a true and correct copy of the draft Settlement is attached as **Exhibit 1** to the Cottrell Declaration.

Pursuant to the MOU, the Parties' Settlement globally resolves all of the claims in these actions on a class and collective basis and resolves the PAGA claims in this action. In particular, Plaintiff moves for orders:

(1)  Granting preliminary approval of the Settlement Agreement as to the Class, the Collective, and the California Labor and Workforce Development Agency and the aggrieved employees under the PAGA;

(2)  Conditionally certifying the Class for settlement purposes;

(3)  Appointing and approving Schneider Wallace Cottrell Konecky LLP as Counsel for the Class;

(4)  Appointing and approving Plaintiff Conrad Reloj as Class Representative;

(5)  Appointing and approving the Settlement Administrator;

(6)  Approving the Notice of Class and Collective Action Settlement ("Class Notice") (attached as **Exhibits A** and **B** to the Settlement Agreement);

---

[1] Plaintiff will file the fully-executed Settlement when it is signed and will update the Memorandum of Points and Authorities at that time if there are any revisions that impact any statement in the Memorandum.

(7) Authorizing the Settlement Administrator to send the Class Notice pursuant to the Notice Process set forth in the Settlement;

(8) Approving the proposed Notice, Objection, and Exclusion processes set forth in the Settlement, with the below deadlines.

| | |
|---|---|
| Deadline for Defendant to pay the Gross Settlement Amount in the QSF | Within 30 calendar days after Final Approval Order |
| Deadline for Defendant to provide with the Class List | Within 30 calendar days after the Court's preliminary approval of the Settlement |
| Deadline to mail the Notice of Settlement to Class Members | Within 20 business days after Administrator receives the Class List |
| Deadline for State Class Members to postmark requests to opt-out or file objections to the Settlement ("Notice Deadline") | 35 days after Notice of Settlement are initially mailed |
| Deadline for filing Motion for Fees, Costs Motion | 21 days before the Notice Deadline |
| Deadline for filing of Final Approval Motion | 14 Court days after the Notice Deadline |
| Final Approval Hearing | No earlier than 30 days after the Notice Deadline |

(9) Setting a final approval and fairness hearing at least 30 days after the Notice Deadline.

Plaintiff brings this Motion pursuant to Fed. R. Civ. P. 23(e) and long-established precedent requiring Court approval for Fair Labor Standards Act settlements.[2] The Motion is based on this notice, the following Memorandum of Points and Authorities, the Declaration of Carolyn Hunt Cottrell, the Declaration of

---

[2] *See, e.g., Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982); *Dunn v. Teachers Ins. & Annuity Ass'n of Am.*, No. 13-CV-05456-HSG, 2016 WL 153266, at *3 (N.D. Cal. Jan. 13, 2016); *Otey v. CrowdFlower, Inc.*, No. 12-CV-05524-JST, 2015 WL 6091741, at *4 (N.D. Cal. Oct. 16, 2015).

Conrad Reloj, Declaration of Ryan Bonner, and all other records, pleadings, and papers on file in the consolidated and related actions and such other evidence or argument as may be presented to the Court at the hearing on this Motion. Plaintiff also submits a Proposed Order Granting Preliminary Approval of Class, Collective, and PAGA Action Settlement with Plaintiff's moving papers.

Date: April 16, 2025

Respectfully submitted,

/s/ *Carolyn H. Cottrell*
Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Esther Bylsma (SBN 264208)
Danielle Fuschetti (SBN 294064)
Robert E. Morelli, III*
SCHNEIDER WALLACE
COTTRELL KONECKY LLP

*Attorneys for Plaintiff, the Collective, the Putative Class, Aggrieved Employees and the State of California*

*\* Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system on April 16, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: April 16, 2025                 /s/ *Carolyn H. Cottrell*
                                      Carolyn H. Cottrell