SCHNEIDER WALLACE
COTTRELL KONECKY LLP
Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Esther Bylsma (SBN 264208)
Robert E. Morelli, III*
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
ebylsma@schneiderwallace.com
rmorelli@schneiderwallace.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff, the Collective, the Putative Class, Aggrieved Employees and the State of California*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONRAD RELOJ, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY INC. d/b/a GEICO,<br><br>Defendant. | Case No. 3:21-cv-01751-L-MSB<br><br>**CAROLYN H. COTTRELL'S SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE, AND PAGA ACTION SETTLEMENT**<br><br>Honorable M. James Lorenz<br>Honorable Magistrate Michael S. Berg<br><br>Action filed: October 8, 2021<br>Trial date: None set |

I, Carolyn Hunt Cottrell, hereby declare as follows:

1. I am an attorney at law duly licensed and in good standing to practice law in the courts of California (No. 166977) and am admitted to practice law before this Court, and all the District Courts in the state of California.

2. I am a partner at the law firm of Schneider Wallace Cottrell Konecky LLP ("SWCK"). SWCK specializes in class, collective, and PAGA litigation in state and federal court.

3. I am lead counsel of record for Plaintiff Conrad Reloj on behalf of himself, the class, collective, and the Labor Commissioner ("Plaintiff"), in the above-captioned case. I submit this declaration in support of Plaintiff's Motion for Preliminary Approval of Class, Collective, and Private Attorneys General Act of 2004 ("PAGA) Action Settlement (ECF 275). I am familiar with the file, the documents, and the history related to this case.

4. The following statements are based on my personal knowledge and review of the files. If called to do so, I could and would testify competently thereto.

5. Plaintiff filed his Motion for Preliminary Approval of Class, Collective and PAGA Settlement on April 16, 2025 (ECF 275) ("Plaintiff's Motion").

6. A true and correct copy of a draft of the Class Action Settlement Agreement and Release (the "Settlement Agreement" or the "Settlement") was attached as **Exhibit 1** to Carolyn H. Cottrell's declaration in support of Plaintiff's Motion. (ECF 275-2.).

7. The long form Settlement Agreement has now been fully executed. A true and correct copy of the fully-executed Settlement is attached as **Exhibit A**, hereto. The Settlement attached as **Exhibit A** hereto has not changed from the Settlement Agreement attached as **Exhibit 1** to Carolyn H. Cottrell's declaration in support of Plaintiff's Motion (ECF 275-2).

8. **Exhibit A** is being submitted to the Labor and Workforce Development Commission on this date, May 2, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and is based on my own personal knowledge.

Executed this 2nd day of May, 2025, in Reno, Nevada

                                        /s/ *Carolyn H. Cottrell*
                                        Carolyn H. Cottrell

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system on May 2, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: May 2, 2025                       /s/ *Carolyn H. Cottrell*
                                                       Carolyn H. Cottrell