AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

Southern District of California

| | |
|---|---|
| CONRAD RELOJ | ) |
| *Plaintiff* | ) |
| v. | ) |
| GOVERNMENT EMPLOYEES INSURANCE COMPA | ) |
| *Defendant* | ) |

Case No.    3:21-cv-01751-L-MSB

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conrad Reloj, on behalf of all others similarly situated, the State of California, and Aggrieved Employees    .

Date:    05/22/2025

/s/ Danielle Anne Fuschetti
*Attorney's signature*

Danielle Anne Fuschetti, CA SBN 294064
*Printed name and bar number*

Schneider Wallace Cottrell Konecky LLP
2000 Powell St, Ste 1400, Emeryville, CA 94608

*Address*

dfuschetti@schneiderwallace.com
*E-mail address*

(510) 740-2197
*Telephone number*

(415) 421-7105
*FAX number*