Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Danielle A. Fuschetti (SBN 294064)
Robert E. Morelli, III (TN SBN 037004)
*Pro Hac Vice*
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
dfuschetti@schneiderwallace.com
rmorelli@schneiderwallace.com

*Attorneys for Plaintiff, the Collective, and the Putative Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD RELOJ, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY INC d/b/a GEICO,<br><br>Defendant. | Case No. 3:21-cv-01751-L-MSB<br><br>**PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE, AND PAGA SETTLEMENT**<br><br>Hearing<br>Date: June 30, 2025<br>Time: 10:30 a.m.<br><br>*Pursuant to Local Rule, no oral argument will be allowed unless requested by the Court*<br><br>Honorable M. James Lorenz<br>Honorable Magistrate Michael S. Berg<br><br>Action filed: October 8, 2021<br>Trial date: None set |

1
2

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

3
4
5
6
7
8
9
10

**NOTICE IS HEREBY GIVEN** that on June 30, 2025, or as soon thereafter as counsel may be heard in the courtroom of the Honorable M. James Lorenz, in Courtroom 5B of the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California 92101, Plaintiff Conrad Reloj, individually and on behalf of all other similarly situated, the State of California and Aggrieved Employees (collectively "Plaintiffs"), will and hereby does move the Court for preliminary approval of the Settlement and other appropriate measures consistent with the Class, Collective, and PAGA Settlement Agreement (ECF 282-1.)

11
12
13
14
15
16
17
18
19

This Motion is based on this Notice of Motion (filed for calendaring purposes per advice of the clerk), Plaintiff original Notice of Motion and Motion (ECF 275); Plaintiff's Memorandum of Points and Authorities (ECF 275-1); the Declaration of Carolyn H. Cottrell in Support of Plaintiffs' Motion for Preliminary Approval (ECF 275-2); the Declaration of Ryan Bonner in Support of Plaintiff's Motion for Preliminary Approval (ECF 275-3); the Declaration of Plaintiff Conrad Reloj (ECF 275-4); the second Declaration of Carolyn Cottrell and accompanying Class, Collective and PAGA Settlement Agreement fully executed (ECF 282). This motion is brought in good faith and in accordance with the Parties' Settlement Agreement.

20  Date: May 27, 2025                           Respectfully submitted,

21
22
23
24
25

/*s/ Danielle A. Fuschetti*
Carolyn H. Cottrell
Ori Edelstein
Danielle A. Fuschetti
Robert E. Morelli, III
SCHNEIDER WALLACE
COTTRELL KONECKY LLP

26
27
28

*Attorneys for Plaintiff, the Collective, and the Putative Class*

---

1
PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE, AND PAGA SETTLEMENT
*Reloj v. Government Employees Insurance Company Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system on May 27, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: May 27, 2025      /s/ *Danielle A. Fuschetti*
                            Danielle A. Fuschetti