Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Esther L. Bylsma (SBN 264208)
Robert E. Morelli, III (TN SBN 037004)
*Pro Hac Vice*
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
ebylsma@schneiderwallace.com
rmorelli@schneiderwallace.com

*Attorneys for Plaintiff, the*
*Collective, and the Putative Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD RELOJ, on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY INC d/b/a GEICO,<br><br>    Defendant. | Case No. 3:21-cv-01751-L-MSB<br><br>**NOTICE OF FIRM NAME CHANGE**<br><br>Honorable M. James Lorenz<br>Honorable Magistrate Michael S. Berg<br><br>Action filed: October 8, 2021<br>Trial date: None set |

**TO THE CLERK OF COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that the firm name of SCHNEIDER WALLACE COTTRELL KONECKY LLP has changed.

The firm's new name is **SCHNEIDER WALLACE COTTRELL KIM LLP**. The firm's address and contact information remain unchanged.

Date: July 2, 2025                    Respectfully submitted,

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell
Ori Edelstein
Esther L. Bylsma
Robert E. Morelli, III
**SCHNEIDER WALLACE COTTRELL KIM LLP**

*Attorneys for Plaintiff, the Collective, and the Putative Class*

---

1
NOTICE OF FIRM NAME CHANGE
*Reloj v. Government Employees Insurance Company Inc.*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system on July 2, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

>             */s/ Carolyn H. Cottrell*
>             Carolyn H. Cottrell