1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      SOUTHERN DISTRICT OF CALIFORNIA
10
11  CONRAD RELOJ, et al.,                    Case No.:  21cv1751-L-MSB
12                          Plaintiffs,      **ORDER GRANTING JOINT**
13  v.                                       **MOTION FOR LEAVE TO EXCEED**
                                             **PAGE LIMIT**
14  GOVERNMENT EMPLOYEES
    INSURANCE COMPANY INC. dba               **[ECF NO. 280]**
15  GEICO,
16                          Defendant.
17
18       For good cause shown, the joint motion (ECF No. 280) for relief from Civil Local
19  Rule 7.1, setting a page limit of twenty-five (25) pages for a memorandum of points and
20  authorities in support of a motion, is granted.  Plaintiff may file a thirty-five (35) page
21  memorandum of points and authorities in support of his motion preliminary approval of
22  class, collective, and PAGA action settlement.
23       **IT IS SO ORDERED.**
24  Dated:  November 25, 2025
25
26                                           Hon. M. James Lorenz
                                             United States District Judge
27
28