

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Conrad Reloj on behalf of all others similarly situated et al | |
| **Plaintiff,** | |
| **V.** | |
| Government Employees Insurance Company Inc. doing business as GEICO | |
| **Defendant.** | |

```
FILED

05/12/2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:              A. Hazard  , Deputy
```

**Civil No.**  21cv1751-L-MSB

**STRICKEN DOCUMENT:**

Joint MOTION for Leave to File Plaintiffs Revised Motion for Preliminary Approval of Class, Collective, and PAGA Action Settlement to the Jurisdiction of the Magistrate Judge ✚

**Per Order #   292**

**291**