SCHNEIDER WALLACE
COTTRELL KIM LLP
Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Esther Bylsma (SBN 264208)
Robert E. Morelli, III (SBN 363123)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
ebylsma@schneiderwallace.com
rmorelli@schneiderwallace.com

*Attorneys for Plaintiff, the Collective, the Putative Class, Aggrieved Employees and the State of California*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD RELOJ, on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY INC. d/b/a GEICO,<br><br>　　　Defendant. | Case No. 3:21-cv-01751-L-MSB<br><br>**JOINT STIPULATION TO SUBMIT PLAINTIFF'S REVISED MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE, AND PAGA ACTION SETTLEMENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE**<br><br>Honorable M. James Lorenz<br>Honorable Magistrate Michael S. Berg<br><br>Action filed: October 8, 2021<br>Trial date: None set |

JOINT STIPULATION TO SUBMIT PLAINTIFF'S REVISED MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE AND PAGA SETTLEMENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE
*Reloj v. Government Employees Insurance Company Inc.*

This Joint Stipulation to Submit the Revised Preliminary Approval Motion to the Jurisdiction of the Assigned Magistrate Judge (Hon. Michael S. Berg) is made by and between plaintiff CONRAD RELOJ ("Plaintiff" or "RELOJ"), and Defendant GOVERNMENT EMPLOYEES INSURANCE COMPANY INC. d/b/a GEICO ("Defendant" or "GEICO"), and with respect to the following facts:

## RECITALS

1. This Action alleges Defendant violated state and federal wage and hour laws including, failure to pay all wages owed, failing to provide compliant meal and rest periods. The claims are brought on behalf of current and former non-exempt employees who provided insurance adjustment services throughout California. After more than three years of intensive litigation, the parties reached a global settlement.

2. On **April 16, 2025**, Plaintiff filed his original Motion for Preliminary Approval of Class, Collective, and PAGA Action Settlement. (See Doc. # 275-1).

3. On **January 10, 2026**, the District Court (Hon. M. James Lorenz) issued an Order denying the Motion for Preliminary Approval. The Order identified certain terms the Court did not deem acceptable, and authorized Plaintiff to file an amended motion. (Doc. #290).

4. Whereas, Plaintiff and Defendant have recently entered into an Amended Settlement, which they believe adequately addresses all of the Court's prior concerns. Plaintiff will also submit briefing outlining how the settlement address the Court's prior concerns.

5. Whereas, the parties are cognizant of the District Court's impacted docket. Plaintiff believes it is in the best interests of the proposed Class Members to have an Amended Motion for Preliminary Approval heard as expediently as is possible.

6. The parties believe consenting to the Jurisdiction of the Magistrate Judge for purposes of reviewing the renewed Motion may be a viable alternative to avoiding any further delay in approval of this settlement. Moreover, Magistrate Judge Michael

JOINT STIPULATION TO SUBMIT PLAINTIFF'S REVISED MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE AND PAGA SETTLEMENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE
*Reloj v. Government Employees Insurance Company Inc.*

S. Berg, is very familiar with the issues in this case given his significant involvement during the litigation.

**STIPULATION**

NOW, THEREFORE, the undersigned parties stipulate and hereby voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case and order entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

**SCHNEIDER WALLACE COTTRELL KIM LLP**

Dated: May 13, 2026          /s/ *Robert E. Morelli, III*
Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Esther Bylsma (SBN 264208)
Robert E. Morelli, III (SBN 363123)

*Attorneys for Plaintiff*

**WOMBLE BOND DICKINSON (US) LLP**

Dated: May 13, 2026          /s/ *Courtney C. Wenrick*
Kristin L. Walker-Probst
Courtney C. Wenrick

*Attorneys for Defendants*

JOINT STIPULATION TO SUBMIT PLAINTIFF'S REVISED MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE AND PAGA SETTLEMENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE
*Reloj v. Government Employees Insurance Company Inc.*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to attorney Courtney C. Wenrick, counsel for Defendant in this matter, and that Ms. Wenrick's authorization has been obtained to affix her electronic signature to the Joint Stipulation to Submit Plaintiff's Revised Motion for Preliminary Approval of Class, Collective, and PAGA Action Settlement to the Jurisdiction of the Magistrate Judge.

Dated: May 13, 2026                    */s/ Robert E. Morelli, III*
                                        Robert E. Morelli, III


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system on May 13, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: May 13, 2026                    */s/ Robert E. Morelli, III*
                                        Robert E. Morelli, III

JOINT STIPULATION TO SUBMIT PLAINTIFF'S REVISED MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE AND PAGA SETTLEMENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE
*Reloj v. Government Employees Insurance Company Inc.*