SCHNEIDER WALLACE
COTTRELL KIM LLP
Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Esther Bylsma (SBN 264208)
Robert E. Morelli, III (SBN 363123)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
ebylsma@schneiderwallace.com
rmorelli@schneiderwallace.com

*Attorneys for Plaintiff, the Collective, the Putative Class,
Aggrieved Employees and the State of California*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD RELOJ, on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY INC. d/b/a GEICO,<br><br>        Defendant. | Case No. 3:21-cv-01751-L-MSB<br><br>**DECLARATION OF RYAN BONNER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE, AND PAGA ACTION SETTLEMENT**<br><br>Date: August 24, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom 2C<br>Honorable Magistrate Michael S. Berg<br><br>Action filed: October 8, 2021<br>Trial date: None set |

DECLARATION OF RYAN BONNER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF
CLASS, COLLECTIVE AND PAGA SETTLEMENT
*Reloj v. Government Employees Insurance Company Inc.*

I, Ryan Bonner, hereby declare as follows:

1.    I am an attorney at law licensed to practice before all of the courts of the State of California. I am the E-Discovery Manager at Schneider Wallace Cottrell Konecky LLP ("SWCK"), Plaintiff's firm.

2.    I am thoroughly familiar with and have personal knowledge of Defendant' Government Employees Insurance Company Inc. d/b/a GEICO's evidence produced during the regular course of this litigation.

3.    I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. If called as a witness, I could and would competently testify thereto.

4.    On or around July 23, 2023, Defendant GEICO began producing electronically stored information (ESI) related to the upcoming Opt-In Depositions.

5.    Through May 23, 2024, Defendant GEICO produced approximately 1,016.36 GB of data, totaling over 6 million pages. These productions were provided either as raw Outlook exports (.pst) or in the standard E-Discovery platform format, including load files (.dat/.opt) and metadata fields.

6.    Based on my opinion and experience, reviewing this volume of documents in their produced format would not have been feasible or efficient without processing and hosting them on the Relativity platform.

7.    Once uploaded, the documents were reviewed for relevance and potential deposition exhibits by myself, and other staff attorneys.

8.    On September 24, 2024, following a preliminary settlement with Defendant GEICO, the documents were placed in cold storage to mitigate hosting costs while preserving work product until a formal settlement was approved.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1

DECLARATION OF RYAN BONNER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE AND PAGA SETTLEMENT
*Reloj v. Government Employees Insurance Company Inc.*

Executed on April 7, 2025 at _Emeryville_ in _California_ .

_signature_

Ryan Bonner

---

DECLARATION OF RYAN BONNER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY
APPROVAL OF CLASS, COLLECTIVE AND PAGA SETTLEMENT
*Reloj v. Government Employees Insurance Company Inc.*