UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CONRAD RELOJ, *on behalf of himself and others similarly situated*,

Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY INC.,

Defendant.

Case No.: 21cv1751-MSB

**ORDER DIRECTING PLAINTIFFS TO COMPLY WITH ORDER DENYING MOTION FOR PRELIMINARY APPROVAL OF CLASS, COLLECTIVE, AND PAGA ACTION SETTLEMENT**

On January 20, 2026, the Hon. M. James Lorenz denied Plaintiffs' Motion for Preliminary Approval of Class, Collective, and PAGA Action Settlement and ordered:

> If [Plaintiffs] file[] another motion for preliminary approval, the motion must be accompanied by a redlined copy of the proposed settlement showing all changes to the Settlement filed at ECF No. 282. The motion must also include any responses received to GEICO's notice under 28 U.S.C. § 1715 and Plaintiffs' notice to the LWDA pursuant to PAGA, or a counsel's declaration that no response was received.

ECF No. 275.

Plaintiffs' Renewed Motion for Preliminary Approval, which is currently before the Court, does not include any of the above. Plaintiffs must comply with the Court's Order

Denying Plaintiffs' Motion for Preliminary Approval of Class, Collective, and PAGA Action Settlement and file a supplemental declaration(s) and supplemental exhibit(s) in support of their Renewed Motion no later than **September 9, 2026**.

**IT IS SO ORDERED**.

Dated: September 2, 2026

Honorable Michael S. Berg
United States Magistrate Judge